No. 91–6402. ROMERO *v.* SCULLY, SUPERINTENDENT, GREEN HAVEN CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 91–6403. OGUNLEYE *v.* IMMIGRATION AND NATURALIZATION SERVICE ET AL. C. A. 10th Cir. Certiorari denied.

No. 91–6404. ROY *v.* CONNECTICUT DEPARTMENT OF CORRECTIONS ET AL. C. A. 2d Cir. Certiorari denied.

No. 91–6405. PINE *v.* BUNNELL, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 91–6406. PERRY *v.* BARROWS, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 91–6407. COLWELL *v.* BOWLEN, WARDEN, ET AL. Sup. Ct. Tenn. Certiorari denied.

No. 91–6410. WILLIAMS *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 91–6411. TUCKER *v.* COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 91–6413. BYRD *v.* WARDEN, LOUISIANA STATE PENITENTIARY. C. A. 5th Cir. Certiorari denied.

No. 91–6415. HECK, AKA JOHNSTON *v.* SOUTH CAROLINA. Ct. App. S. C. Certiorari denied.

No. 91–6416. JIMENEZ-SANCHEZ *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 91–6418. WILLIAMSON *v.* CARD, ASSISTANT SUPERINTENDENT, ANGOLA CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 91–6419. CHAYKIN *v.* FLORIDA DEPARTMENT OF CORRECTIONS. Dist. Ct. App. Fla., 1st Dist. Certiorari denied.

No. 91–6420. CARROLL *v.* ALABAMA. Ct. Crim. App. Ala. Certiorari denied.